Patti **LENKIEWICZ,**
Petitioner–Appellant,

v.

Richard T. **LENKIEWICZ,**
Respondent–Respondent.

No. 53202.

.Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 26, 1988.

Dennis L. Beckley, Bridgeton, for petitioner-appellant.

Alan D. Teitelbaum, Bridgeton, for respondent-respondent.

### ORDER

PER CURIAM.

Mother appeals from the portion of the trial court order that sustained father's motion to modify a dissolution decree by reducing child support. We have reviewed the merits of mother's contentions in light of the standards set forth in *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.banc 1976), and conclude from the record that the modification is supported by substantial evidence and does not erroneously declare or apply the law. We affirm pursuant to Rule 84.16(b).